UNITED STATES DISTRICT COURT

Northern District of California

PATENT MANAGEMENT FOUNDATION, LLC.

              Plaintiff(s),

  v.

ANALOG DEVICES, INC.

              Defendant(s).

No. C 10-03630 MEJ

**ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM**

      Pending before the Court is Defendant's counsel's pro hac vice application. Upon review of the record in this action, the Court notes that Defendant has not filed a written consent to Magistrate Judge James' jurisdiction. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

      You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Defendant shall inform the Court whether it consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The consent/declination form shall be filed by October 4, 2010.

      **IT IS SO ORDERED.**

Dated: September 21, 2010

                                                    Maria-Elena James
                                                    Chief United States Magistrate Judge